**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 26−21263−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Dorene M. Carter
116 Urban Drive
Verona, PA 15147

Social Security No.:
xxx−xx−8894

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| Koppers Building | 600 Grant Street |
| 436 Seventh Ave. Ste. 322 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number:  412−471−5566 |
| Telephone number:  412−391−8000 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| September 14, 2026 | September 14, 2026 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/13/26

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 26-21263-GLT |
|---|---|
| Dorene M. Carter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: rsc13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorene M. Carter, 116 Urban Drive, Verona, PA 15147-1551 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16667334 | + | Dollar Bk Vs, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 16667335 | | Douglas Foster, 137 Penn Lear Ct., Monroeville, PA 15146 |
| 16689335 | + | Duquesne Light Company, c/o WH Burkley, LLP, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16667343 | | Santander Consumer USA, PO Box 66063, Dallas, TX 75266 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2026 01:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 14 2026 01:49:45 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 14 2026 01:37:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16667323 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 01:38:00 | Allstate Insurance, c/o Credit Control Services, 725 Canton St, Norwood, MA 02062-2609 |
| 16667324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2026 01:49:54 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16667325 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2026 01:49:39 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso, TX 79998-1535 |
| 16667327 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 14 2026 01:38:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 16667326 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 14 2026 01:38:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 16669135 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 14 2026 01:49:40 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16667328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jul 13, 2026 | Form ID: rsc13 | Total Noticed: 36

| | | | | |
|---|---|---|---|---|
| 16667329 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2026 01:49:38 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 16687956 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2026 01:49:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16667330 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 02:00:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16667331 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 01:38:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16667333 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2026 01:38:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16667332 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2026 01:49:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16677123 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2026 01:49:45 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 16679068 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 14 2026 01:38:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16667336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2026 01:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16686154 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 01:49:46 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 16671950 | ^ | MEBN | Jul 14 2026 01:49:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16667337 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:33:09 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 16686940 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 16667340 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16667339 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 16667342 | ^ | MEBN | Jul 14 2026 01:37:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 16667341 | ^ | MEBN | Jul 14 2026 01:33:02 | Reach Financial, Attn: Bankruptcy, 180 Maiden Lane, Suite 2801, New York, NY 10038-4968 |
| 16667344 | ^ | MEBN | Jul 14 2026 01:33:17 | Reach Financial, 11 Broadway Suite 1732, New York, NY 10004-1312 |
| | | | Jul 14 2026 01:33:56 | Scott & Associates P.C., 41 Byberry Road, Suite 9, Hatboro, PA 19040-3210 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16667338 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 5580, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-2                                    User: auto                                              Page 3 of 3

Date Rcvd: Jul 13, 2026                                 Form ID: rsc13                                          Total Noticed: 36

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jul 15, 2026                        Signature:        /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Dorene M. Carter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6