Certificate Number: 17082-PAW-DE-041582806

Bankruptcy Case Number: 26-21263

17082-PAW-DE-041582806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 5:14 o'clock PM MST, DORENE M CARTER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 20, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director